**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ISABEL MARIE MARCANO,

                Plaintiff,

                                            23 **CIVIL** 5553 (NSR)(JCM)

        -against-                                    **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

      It is hereby ORDERED, ADJUDGED AND DECREED:   That for the reasons stated in the Court's Order and Opinion dated October 21, 2024, the Court adopts MJ McCarthy's R & R in its entirety. Accordingly, the Court DENIES Plaintiff's Motion. Accordingly, the case is closed.

**DATED**: New York, New York
          October 21, 2024

                                                  **DANIEL ORTIZ**
                                             **Acting Clerk of Court**

                            **BY:** _____
                                                **Deputy Clerk**